D. CASTELLINI, Respondent, v. THE MAMMOTH
MINING COMPANY, a Corporation, Appellant.

No. 1454.   (72 Pac. 1103.)

(Decided June 8, 1903.)

Appeal from the Fifth District Court, Millard County.
—Hon. Thomas Marioneaux, Judge.

Action to recover damages for personal injuries
alleged to have been occasioned by the negligence of
the defendant.   The cause was transferred on change
of venue from Juab to Millard county.   From a judg-
men in favor of the plaintiff, the defendant appealed.

AFFIRMED (on authority of Jenkins v. Mammoth Min-
ing Company, 24 Utah 513; Morgan v. Mammoth
Mining Company, 26 Utah 174.)

J. W. N. Whitecotton, Esq., for appellant.

Messrs. Powers, Straup & Lippman for respondent.

BARTCH, J.—The plaintiff brought this suit to
recover damages for personal injuries, which he alleged
he received because of the negligence of the defendant
company.   It appears he was in the employ of the com-
pany, working in its mine as a miner, and, on the oc-
casion of the accident which caused the injury com-
plained of, was being lowered in a cage through the com-
pany's shaft to his place of work.   While being thus
lowered, the cage struck the chairs at the 800-foot level,
and stopped suddenly, causing injury to him and others
with him in the cage.   The essential facts relating to the

accident and its cause are the same as those in the cases of Jenkins v. Mammoth Min. Co., 24 Utah 513, 68 Pac. 845, and of Morgan v. Mammoth Min. Co., 26 Utah 174, 72 Pac. 688; the plaintiff in each of those suits having been injured in the same accident and at the same time with this plaintiff. All the questions of law presented herein were considered and decided in those cases, and upon the authority of those decisions the judgment in this case must be affirmed, with costs. It is so ordered.

BASKIN, C. J., and McCARTY, J., concur.